ANNA E. BELFANC, Appellant, *v.* AUGUSTUS BELFANC, Respondent.

Argued April 22, 1938; decided May 24, 1938.

*Harry V. Borst* and *Floyd J. Reinhart* for appellant.
*Charles E. Hardies* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.